# EXHIBIT "A" TO COMPLAINT

**(To be filed separately with MOTION TO SEAL)**