# Exhibit "B"

US0D1031161S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D1,031,161 S**

Muscato    (45) **Date of Patent:**    ✱✱ **Jun. 11, 2024**

(54) **FLAT HAIR CLIP**

(71) Applicant: **Teleties, LLC**, Maitland, FL (US)

(72) Inventor: **Lindsay Muscato**, Maitland, FL (US)

(73) Assignee: **Teleties, LLC**, Maitland, FL (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/926,096**

(22) Filed: **Jan. 29, 2024**

(51) LOC (14) Cl. ............................................... **28-03**
(52) **U.S. Cl.**
USPC .......................................... **D28/40**
(58) **Field of Classification Search**
USPC ........... D28/10, 39, 40, 41, 42, 43; 132/273,
132/276, 277, 278, 279, 280, 281, 282;
24/455
CPC .......... A45D 8/00; A45D 8/001; A45D 8/002;
A45D 8/02; A45D 8/14; A45D 8/20;
A45D 8/22; A45D 8/24; A45D 8/26;
A45D 8/28; A45D 8/30; A45D 8/32;
Y10T 24/44; Y10T 24/44923
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,605,166 A * 2/1997 Chou ...................... A45D 8/30
132/277
D393,927 S * 4/1998 Chou ............................ D28/42
(Continued)

FOREIGN PATENT DOCUMENTS

CN        307013072       * 12/2021
CN        307409779       * 6/2022
(Continued)

OTHER PUBLICATIONS

RC Roche Ornament [online], [publication date is Jan. 13, 2023].
[Retrieved from the internet on Apr. 9, 2024]. URL: <https://www.

amazon.com/RC-ROCHE-ORNAMENT-Comfortable-Multicolor/
dp/B07XQ5PHTH/ref>. (Year: 2023).*
(Continued)

*Primary Examiner* — Karen E Eldridge Powers
*Assistant Examiner* — Margaret Leah Bryan
(74) *Attorney, Agent, or Firm* — Stephen E. Kelly; Hill
Ward Henderson, P.A.

(57) **CLAIM**

The ornamental design for a flat hair clip, as shown and
described.

**DESCRIPTION**

FIG. **1** is a perspective view of a first embodiment of a flat
hair clip according to the present design.
FIG. **2** is a front elevation view thereof.
FIG. **3** is a rear elevation view thereof.
FIG. **4** is a left side elevation view thereof.
FIG. **5** is a right side elevation view thereof.
FIG. **6** is a top view thereof.
FIG. **7** is a bottom view thereof.
FIG. **8** is a perspective view of a second embodiment of a flat
hair clip according to the present design.
FIG. **9** is a front elevation view thereof.
FIG. **10** is a rear elevation view thereof.
FIG. **11** is a left side elevation view thereof.
FIG. **12** is a right side elevation view thereof.
FIG. **13** is a top view thereof.
FIG. **14** is a bottom view thereof.
FIG. **15** is a perspective view of a third embodiment of a hair
clip with open sides according to the present design.
FIG. **16** is a front elevation view thereof.
FIG. **17** is a rear elevation view thereof.
FIG. **18** is a left side elevation view thereof.
FIG. **19** is a right side elevation view thereof.
FIG. **20** is a top view thereof; and,
FIG. **21** is a bottom view thereof.

**1 Claim, 21 Drawing Sheets**



## US D1,031,161 S

Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D393,928 | S | * | 4/1998 | Chou | D28/42 |
| 6,446,639 | B1 | * | 9/2002 | Shyu | A45D 8/20 |
| | | | | | 132/277 |
| D540,982 | S | * | 4/2007 | Vergona | D28/40 |
| D566,895 | S | * | 4/2008 | Vergona | D28/40 |
| D580,103 | S | * | 11/2008 | Pichon | D28/39 |
| D590,102 | S | * | 4/2009 | Hsu | D28/39 |
| 7,992,579 | B2 | * | 8/2011 | Longoria | A45D 8/20 |
| | | | | | 132/279 |
| 9,072,355 | B1 | | 7/2015 | Magnani | |
| D794,870 | S | * | 8/2017 | Hsu | D28/40 |
| D901,080 | S | * | 11/2020 | Hsu | D28/40 |
| D917,782 | S | | 4/2021 | Chu | |
| D960,447 | S | | 8/2022 | Carter | |
| 11,497,289 | B2 | * | 11/2022 | Hsu | A45D 8/22 |
| D981,643 | S | | 3/2023 | Chen | |
| D982,235 | S | * | 3/2023 | Chen | D28/40 |
| D982,827 | S | * | 4/2023 | Chen | D28/40 |
| D1,002,104 | S | | 10/2023 | Cai | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 307502404 | * | 8/2022 |
| CN | 307728067 | * | 12/2022 |
| CN | 307850270 | * | 2/2023 |
| CN | 307881540 | * | 2/2023 |

### OTHER PUBLICATIONS

4 Pcs Small Flat Hair Clips [online], [publicaiton date is Feb. 19, 2024]. [Retrieved from the internet on Apr. 9, 2024]. URL: <https://www.amazon.com/Non-slip-Resilient-Everyday-Accessory-Accessories/dp/B0CGWLVZB3/ref>. (Year: 2024).*

Parcelona [online], [publication date is May 18, 2018]. [Retrieved from the internet on Apr. 9, 2024]. URL: <https://www.amazon.com/Parcelona-France-Celluloid-Tortoise-Clutcher/dp/B00QAPFPLI/ref>. (Year: 2018).*

Tele_ties—The new Teleties Flat Round Clip [online], [publication date is Nov. 7, 2023]. [Retrieved from the internet on Apr. 9, 2024]. URL: <https://www.instagram.com/p/CzXMvkiN_C_/?hl=en>. (Year: 2023).*

Teleties—Small Flat Round Clip [online], [publication date is Dec. 23, 2023]. [Retrieved from the internet on Apr. 9, 2024]. URL: <https://www.amazon.com/TELETIES-Bendable-Comfortable-Thin-Medium-Textures/dp/B0CV2GMSR8/ref>. (Year: 2023).*

Bora Bora Large Flat Round Hair Clip [online], [publication date is Apr. 9, 2024]. [Retrieved from the internet on Apr. 9, 2024]. URL: <https://www.teleties.com/products/bora-bora-large-flat-round-hair-clip>. (Year: 2024).*

Product: Kaxi Lay Down Claw 2.0 (8 Colors) , [online]. URL: https://www.shopkaxi.com/collections/all-products/products/kaxi-lay-down-claw-2-1>. Date last accessed: Mar. 4, 2024.

Product: Duckbill Claw Clip—Multiple Colors, [online]. URL: <https://www.shopandi.com/products/duckbill-claw-clip?variant=40447102091379>. Date last accessed: Mar. 4, 2024.

Product: Lay Down Claw Clip: [online]. URL: <https://blissandbellebotique.com/products/lay-down-claw-clip?pr_prod_start=e5_desc&pr_rec_id=dc12661eb&pr_rec_pid=6923209080855&pr_ref_pid=6940501508119&pr_seq=uniform>. Date Last Accessed: Mar. 4, 2024.

Product: Flat Lay Claw Clip 2pc—Black & Tort, [online]. URL: <https://www.mykitsch.com/products/rabs-flat-lay-claw-clip-2pc-flat-black-tort?pr_prod_strat=jac&pr_rec_id=d23ee67c4&pr_rec_pid=7319130079413&pr_ref_pid=7285782315189&pr_seq=uniform>. Date Last Accessed: Mar. 4, 2024.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21